**FILED**

02/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0676

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0676

| | |
|---|---|
| HEIDI A. GABERT, <br><br> Plaintiff and Appellee, <br> v. <br><br> GARRY DOUGLAS SEAMAN, <br><br> Defendant and Appellant. | **ORDER GRANTING EXTENSION OF TIME** |

HAVING REVIEWED Plaintiff/Appellee, Heidi A. Gabert, motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED THAT Appellee is granted an extension of time to March 31, 2023, to file her Response to Opening Brief.

ELECTRONICALLY SIGNED AND DATED BELOW.

Order Granting Extension of Time

1

DATED this ___ day of February 2023.

COTNER RYAN LAW, PLLC

_____

David B. Cotner,
*Attorney for Plaintiff*

Order Granting Extension of Time

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 15 2023